17 F.3d 1430
 Kolb (Richard S.)
v.
Geist (Larry), Parsons (Theodora), Daniels (David), Johnson
(Robert), Keller (Scott), Ludgate (Linda K.M.), Wagner
(Goerge A.), Kline (Emma), Grim (Arthur), Barth (Frederic),
Ehrlich (Elizabeth), Sweitzer (Susan), John Doe(s), Jane Doe(s)
 NO. 93-1869
 United States Court of Appeals,
Third Circuit.
 Jan 27, 1994
 
 1
 Appeal From: E.D.Pa.,
 
 
 2
 Cahn, C.J.
 
 
 3
 AFFIRMED.